### STATE v. PERCY HAYESLIPPS AND ROBERT HARRIS.

(Filed 29 October, 1930.)

**Criminal Law L a—Where appeal in capital case is not prosecuted according to Rules it will be dismissed, no error appearing on face of record.**

Where the defendants convicted of a capital offense give notice of appeal, but nothing is done toward perfecting the same, the motion of the Attorney-General to docket and dismiss the appeal will be allowed, no error appearing upon the face of the record proper.

MOTION by State to docket and dismiss appeal.

*Attorney-General Brummitt and Assistant Attorney-General Nash for the State.*

STACY, C. J.   At the May Term, 1930, Forsyth Superior Court, the defendants herein, Percy Hayeslipps and Robert Harris, were tried upon an indictment charging them with a capital offense, to wit, rape, which resulted in a conviction of both the defendants, and sentences of death pronounced thereon.   From the judgments thus entered, the defendants gave notice of appeal to the Supreme Court, but nothing has been done towards perfecting same.

As no error appears on the face of the record proper, the motion of the State must be allowed.   *S. v. Brumfield,* 198 N. C., 613.

Appeal dismissed.